UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE INFRINGER IDENTIFIED AS USING IP ADDRESS 67.180.64.55,<br><br>    Defendant. | Case No. 20-cv-05993-JSW<br><br>**ORDER TO SHOW CAUSE AND VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 21 |

After three continuances of the case management conference, the Court had set the initial conference for this Friday, April 20, 2021. The Court has not received the parties' joint case management conference statement which was due to be filed by no later than April 23, 2021. Accordingly, the case management conference is HEREBY VACATED.

In addition, Plaintiff is HEREBY ORDERED to show cause in writing by no later than May 5, 2021, why this case should not be dismissed for failure to prosecute. Plaintiff is admonished that failure to timely respond this Order shall result in dismissal of this action without further notice.

**IT IS SO ORDERED.**

Dated: April 27, 2021

JEFFREY S. WHITE
United States District Judge